JESSE J. NIELD, Appellant, *v.* TILLIE JUPITER et al., Respondents.

*Nield* v. *Jupiter,* 175 App. Div. 732, affirmed.

(Submitted March 11, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 1, 1917, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action of ejectment. The premises in question were conveyed on August 13, 1908, by Emma Willey to Jesse J. Nield. In the deed was this clause: " It is understood and agreed that Elisha L. Nield shall be the trustee of the premises hereby conveyed to Jesse J. Nield, and that the same shall be at his disposal and under his control during his lifetime, unless sooner sold under the direction of the said Elisha L. Nield." Elisha L. Nield was the father of Jesse. Jesse knew nothing about the transaction at the time, took no part in it and paid no part of the consideration. The deed was delivered to the father, was put on record by him and he took immediate possession of the premises and assumed complete control over the same. About two months afterwards, October 20, 1908, Elisha, as trustee of Jesse, conveyed to Zimrick, and Zimrick, on January 4, 1910, conveyed to defendant Tillie Jupiter.

*Ward De Silva* for appellant.

*George H. Smith, Henry Willis Smith* and *Eugene H. Bouton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.